# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FABIOLA LOPEZ and KATHY ADELITA CASTRO,**<br><br>   Plaintiffs,<br><br>vs.<br><br>**FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,**<br><br>   Defendants. | Case No.: **2:20-cv-01636-AB-PD**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES** |

The Court **APPROVES** the parties' stipulation for entry of an Order resolvoing Plaintiffs' claim for attorney's fees, costs and expenses, and **ORDERS:**

(1) Defendant shall pay Plaintiffs $3,233.52 in full satisfaction of all claims for attorney's fees, costs and expenses in connection with this action.

(2) That Defendant shall pay $3,233.52 to Plaintiffs within 60 days unless matters outside of the control of Defendant cause delay.

**IT IS SO ORDERED.**

Dated: September 25, 2024

_____
Hon. André Birotte Jr.
U.S. District Court Judge

-1-